Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

Atlanta Division

| | | |
|---|---|---|
| Kenitha L. Ferguson Harrington<br>Elite Beauty and Barber Supply Store LLC<br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>-v-<br><br>Devin Robinson<br>Beauty Suppy Insitute LLC<br><br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. __1:24-CV-0032__<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☐ Yes  ☐ No<br><br>rec'v'd<br>FILED IN CLERK'S OFFICE<br>U.S.D.C. - Atlanta<br><br>JAN 0 2 2024<br><br>KEVIN P. WEIMER, Clerk<br>By: _____ Deputy Clerk |

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kenitha L. Ferguson Harrington |
| Street Address | 3360 E Livingston Ave Ste 3b-2 |
| City and County | Columbus and Franklin County |
| State and Zip Code | Ohio 43227 |
| Telephone Number | 614-743-1967 |
| E-mail Address | kenithaferguson@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1

| | |
|---|---|
| Name | Devin Robinson |
| Job or Title *(if known)* | Owner |
| Street Address | 5015 Floyd Rd Sw |
| City and County | Mableton and Cobb County |
| State and Zip Code | GA 30126 |
| Telephone Number | 404-551-4398 |
| E-mail Address *(if known)* | professor@beautysupplyinstitute.com |

Defendant No. 2

| | |
|---|---|
| Name | Beauty Supply Insitute LLC |
| Job or Title *(if known)* | |
| Street Address | 5015 Floyd Rd Sw |
| City and County | Mableton and Cobb County |
| State and Zip Code | GA 30126 |
| Telephone Number | 404-551-4398 |
| E-mail Address *(if known)* | projectmgmt@beautysupplyinstitute.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* Kenitha L. Ferguson Harrington , is a citizen of the State of *(name)* Ohio .

2. If the plaintiff is a corporation

   The plaintiff, *(name)* Elite Beauty and Barber Supply Store LLC , is incorporated under the laws of the State of *(name)* Ohio ,
   and has its principal place of business in the State of *(name)* Ohio .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* Devin Robinson , is a citizen of the State of *(name)* Georgia . Or is a citizen of *(foreign nation)* .

2. If the defendant is a corporation

   The defendant, *(name)* Beauty Supply instutite LLC , is incorporated under the laws of the State of *(name)* Georgia , and has its principal place of business in the State of *(name)* Georgia .
   Or is incorporated under the laws of *(foreign nation)* ,
   and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$160,000.00 all money paid to BSI and addtional supplies along with all money paid on rent and utilites and insurance for a store and that they gave me a grand opening date and still not opened to date.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* Kenitha Ferg Harrington w Elite Beauty and Barber Suppy Store LLC, and the defendant, *(name)* Beauty Supply insitute LLC, made an agreement or contract on *(date)* 11/13/2020. The agreement or contract was *(oral or written)* Written. Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*
1. Paid for a Full Experience package 2. training and consulting services 3. s Full Experience store opening package includes a BSI field team making two travel visits to the buye location, handling all aspects of putting the buyes store together, including ordering products, infrastructure, equipment, setting up accounts, handling shipping, assembling shelves, pricing products, building a point of sale database, and building inventory.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*
1. Store opening time 2. Delayed shipments which plaintiff has no control 3. never opened a beauty supply store 4. BSI has never registered as a business opportunity seller with the Securities Division as required under the Business Opportunity Act 5. BSI did not provide to Plaintiff prior to her signing her Store Opening Services Agreement a business opportunity disclosure statement prepared under the Business Opportunity 6. Refusing Refund for all fees she paid related to her BSI Store Opening Services Agreement

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. fraudulent misrepresentations 2. breach of contract 3. A fraudulent or reckless representation of facts as true when they are not, if intended to deceive 4. Financial Transaction Card Fraud
5. violation of business opportunity act

The reason I am entitled to these damages are I have been in an agreement since 11/2020 and it been three years later and ive lost alot of money and opporturnity behind Beauty supply insituite. They gave false marketing and advertsing just to get your money. Gave alse pretences with that I request the court to grant me Damages of $160.000 and addtional $16,000 for punitive

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/28/2023

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Kenitha L. Ferguson-Harrington

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____