**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KENITHA L. FERGUSON HARRINGTON and ELITE BEAUTY AND BARBER SUPPLY STORE LLC, | CIVIL ACTION FILE |
|     Plaintiffs, | NO. 1:24-cv-32-TCB |
| v. | |
| DEVIN ROBINSON and BEAUTY SUPPLY INSTITUTE LLC, | |
|     Defendants. | |

## <u>O R D E R</u>

Defendant Devin Robinson filed a motion [10] for an extension of time to file an answer. The Court presumes that this motion was filed for the benefit of Defendant Beauty Supply Institute LLC, as Plaintiffs have not served Robinson with process. Robinson asks for an extension of time so that legal counsel can be secured to represent the Defendants in this case. For good cause shown, the Court GRANTS Robinson's

motion [10] for an extension of time. Defendant Beauty Supply Institute

LLC's answer is due within thirty days from the date of this Order.

IT IS SO ORDERED this 15th day of May, 2024.

Timothy C. Batten, Sr.
Chief United States District Judge