IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF GEORGIA

Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 28 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Kenitha Ferguson &

Elite Beauty and Barber Supply Store LLC

Plantiffs

V                                                            Civil Action No.: 1:24-cv-0032-TCB

Devin Robinson &

Beauty Supply Insitute

Defendants

PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S

MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND SUMMONS

AND REQUST FOR DEFAULT JUDGEMENT

Pursuant to O.C.G.A. 9-11-12 (2010) Plaintiffs, Kenitha Ferguson & Elite Beauty and Barber Supply Store LLC, individually and on behalf of their patients (collectively "Plaintiffs"), by and through pro se, hereby submit their Response in Opposition to Defendant's Motion for Extension of Time to Respond to Plaintiffs' Complaint and Summons. For the reasons that follow, Defendant's motion should be denied in part.

INTRODUCTION

1. On January 3, 2024, Plaintiffs filed their Verified Complaint (dkt. 1, "Complaint").

2. Defendant Beauty Supply Institute was served with Plaintiffs' Complaint and Summons on April 17, 2024 (Dkt.9).

3. Pursuant to Fed. R. Civ. P. 12(a)(2) or (3), Defendant's Answer to Plaintiffs' Complaint is due May 8, 2024.

4. On May 9, 2024 Defendants filed a motion for extenstion with the courts. (Dkt.10).

5. On May 9, 2024, day after original response to Plantiff complaint and summons was due.

## RESPONSE TO EXTENSION OF TIME TO ANSWER COMPLAINT

6. As a professional courtesy, Plaintiffs object to extending Defendant's deadline to respond to Plaintiffs' Complaint and summons, from April 14, 2024 until and including May 8, 2024.

## PLAINTIFFS OBJECT TO EXTENSION OF TIME TO RESPOND TO COMPLAINT AND SUMMONS

7. However, Plaintiffs must and do object to Defendant's request for an extension of time to respond to Plaintiff's Complaint and summons.

8. Defendant's purported justification for its requested extension – an extension which would almost triple the response period contemplated by this Court's rules– is that this necessitate more time to respond.

9. Defendant's purported rationale does not hold water. Pursuant to this Court's local rules, Defendant's response to Plaintiffs' Complaint and Summons was due May 8, 2024, which was given enough time to seek counsel. As per emailed conversation Defendants had counsel on or before 02/13/2024. See Exhibit A

Therefore, the stated justification on its face does not warrant an extension of time.

10. However, permitting Defendant to triple the amount of time to respond to Plaintiffs' Complaint and Summons exacerbates and compounds the irreparable injury being imposed on Plaintiffs each and every day the challenged Ordinance remains in effect.

11. Plaintiffs therefore request that this Court deny Defendant's requested extension as to the Complaint and Summons, request Defaut Judgement considering both Defendants has confirmed they are in reciept of Plaintiff Complaint and Summons by simply requesting for

an extension to have more time to gain counsel. Defendant's had time to file its timely opposition on or before May 8, 2024.

Respectfully submitted,

/s/ Kenitha Ferguson and Elite Beauty and Barber Supply Store llc – pro se

3360 e Livingston Ave Ste 3b-2

Columbus, OH 43227

(614) 743-1967

Email: Kenithaferguson@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May, 2024, I caused a true and correct copy of the foregoing to be filed electronically with this Court. Service will be effectuated on all parties.

Respectfully submitted,

/s/ Kenitha Ferguson and Elite Beauty and Barber Supply Store llc – pro se

3360 e Livingston Ave Ste 3b-2

Columbus, OH 43227

(614) 743-1967

Email: Kenithaferguson@gmail.com

 Gmail    Exhibit A    Kenitha Ferguson <kenithaferguson@gmail.com>

## Re: Update/Discontinuation of Communication
1 message

**projectmgmt beautysupplyinstitute.com** <projectmgmt@beautysupplyinstitute.com>    Tue, Feb 13, 2024 at 11:23 AM
To: Kenitha Ferguson <kenithaferguson@gmail.com>

Good morning Ms. Kenitha,

We are in receipt of an emailed letter from an attorney representing you on January 9, 2024. Therefore, this has now become legal in nature, we are unable to be communicating directly with you any further. Your attorney will need to reach out to our attorney's office and they will discuss from there.

Have a great day!

Warm Regards,
Project Management Division
Beauty Supply Institute
Ph: 404-551-4398
www.BeautySupplyInstitute.com

---

**From:** Kenitha Ferguson <kenithaferguson@gmail.com>
**Sent:** Tuesday, February 13, 2024 8:26 AM
**To:** leatha beautysupplyinstitute.com <leatha@beautysupplyinstitute.com>; projectmgmt beautysupplyinstitute.com <projectmgmt@beautysupplyinstitute.com>; Angela Bennett <angela@beautysupplyinstitute.com>
**Subject:** Update

Hello I'm not sure who you are ordering from but I know it doesn't take 8 months for my accessories? This is insane to think as such. I dont care if they are coming from China or India, it doesn't take this long. For you to have already paid for my order for this there's no way I should still be waiting. I need to know what was placed on the list of what you ordered.

I would like some honest answers and not repeat responses.

```
GET /eSCL/ScannerStatus HTTP/1.1
Host: localhost
```

Kewona Ferguson
3360 E Livingston Ave
Columbus, OH 43227

9589 0710 5270 0386 1570 81

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

9589 0710 5270 0386 1570 81



U.S. POSTAGE PAID
FCM LETTER
COLUMBUS, OH 43209
MAY 11, 2024
$5.08
R2305H127246-2

RDC 99

US Courthouse
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

MAY 28 2024
US Marshals Service
Atlanta, GA

30303-330999

