Gmail

Kenitha Ferguson <kenithaferguson@gmail.com>

---

**Budget Allocation**
4 messages

---

**demetra beautysupplyinstitute.com** <demetra@beautysupplyinstitute.com>    Wed, May 18, 2022 at 2:29 PM
To: "kenithaferguson@gmail.com" <kenithaferguson@gmail.com>

Hello,

Attached is your **budget allocation form**. Please sign and return at your earliest convenience. You do not have to fill in the percentages, etc. Below is a breakdown of the categories. Before making any purchases that directly relate to the store, please inform me first. We will be purchasing the following on your behalf:

- Chemicals (shampoo, conditioner, hair gel, hair grease, etc.)
- Equipment (clippers, blow dryers, hot irons, etc.)
- Wigs
- Weaves
- Accessories (wave caps, brushes, combs, rubber bands, makeup, soap, etc.)
- Point of sale (Quick Books software)
- Shelving (gondola's, showcases, corner units, cash register stand, slat boards)
- Miscellaneous (mannequin heads, shopping bags/baskets/shopping bag holder, glass shelves, glass shelf brackets, hooks, computer, and point of sale hardware: cash drawer, scanner, receipt printer, pos pole)
- Shipping (incoming shipping costs and outgoing shipping costs)

If you have any questions please let me know. Have a great day.

Thank you,

Demetra Moore
Project Manager
Ph: 404-551-4398
Beauty Supply Institute
"Getting You in Business, Keeping You in Business"

📎 **KENITHA FERGUSON BUDGET ALLOCATION FORM.pdf**
216K

---

**Kenitha Ferguson** <kenithaferguson@gmail.com>    Thu, May 19, 2022 at 6:46 AM
To: "demetra beautysupplyinstitute.com" <demetra@beautysupplyinstitute.com>

Hello and Good Morning do you happen to have a spreadsheet of the product brand names you order from or a catalog?
[Quoted text hidden]

---

**demetra beautysupplyinstitute.com** <demetra@beautysupplyinstitute.com>    Fri, May 20, 2022 at 3:55 PM
To: Kenitha Ferguson <kenithaferguson@gmail.com>

#3  Exhibit 2 pg 2



## CLIENT BUDGET ALLOCATION FORM

**CLIENT:** __Kenitha Ferguson__   **PHONE:** __614-743-1967__

**EMAIL:** __kenithaferguson@gmail.com__   **TIER:** __III__

**STORE NAME:** _____   **STORE ADDRESS:** __

| CATEGORY | AMOUNT $ | CLIENT INITIALS | NOTES |
|---|---|---|---|
| CHEMICALS | $18,245 | | |

PERCENTAGE:   NATURAL: _____ ETHNIC: _____ MIXED: _____ CAUCASION: _____

| CATEGORY | AMOUNT $ | CLIENT INITIALS | NOTES |
|---|---|---|---|
| PROFESSIONAL | $500 | | Included in chemical budget |
| EQUIPMENT | $2,000 | | |

(Breakdown on each line below should equal 100%)

PERCENTAGE:   ETHNIC: _____   CAUCASION: _____

| CATEGORY | AMOUNT $ | CLIENT INITIALS | NOTES |
|---|---|---|---|
| WIGS | $2,000 | | |

(Breakdown on each line below should equal 100%)

PERCENTAGE:  HUMAN: _____   SYNTHETIC: _____
PERCENTAGE:  ETHNIC: _____   CAUCASION: _____
PERCENTAGE:  LACE FRONT: _____   FULL: _____   HALF: _____

| CATEGORY | AMOUNT $ | CLIENT INITIALS | NOTES |
|---|---|---|---|
| SHIPPING | $1,500 | | |
| WEAVES | $9,000 | | |
| ACCESSORIES | $5,000 | | |
| POINT-OF-SALE | $2,000 | | |
| SHELVING | $7,500 | | |
| MISCELLANEOUS | $3,000 | | POS Computer, Mannequin Heads, Bags & Holder, Shopping Baskets, etc. |
| BANK FEES | -$35 | | BANKING, CREDIT CARD FEES |
| TOTAL BUDGET | $50,745 | | TOTAL AMOUNT FUNDED: $50,780 |

GET /eSCL/ScannerStatus HTTP/1.1
Host: localhost

Client Verification:
Name:                               Date:

# (⁂) Huntington

**DRAW REQUEST FORM**

Date: 6/8/2022
Borrower: Elite Beauty and Barber Supply Store
Requestor: Kenisha Ferguson
Phone: 414-743-1967
Email: KenishaFerguson@gmail.com

Purpose of Draw Request: Additional Supplies for equipment

[ ] Transfer funds from Deposit Account #_____; Amount _____
[X] Transfer funds from Loan/LOC # 80043021848 -10/26 ; Amount $7,940.62

**TO**

[X] Transfer funds to Deposit Account # 01893792595 ; Amount $7,940.62
[ ] Transfer funds to Loan/LOC # _____; Amount _____

[ ] Wire Transfer          Amount: _____

Payee:
Bank Name:
Wire Routing Number:
Account Number:
Notes:

**Request:**

Authorized signer (please print): Kenisha Ferguson-Hewington
Authorized signer (signature): [signature]                Sign Here

*Please send completed request to _____ via fax # or email _____*

**BANK USE:** Request reviewed and verified by _____, date _____
                                              SIGNATURE

Name of Authorized Signer called: _____

Phone Number called: _____

CS Comments:

# Beauty Supply Insitute

(404) 551-4398

INVOICE
INV23689

DATE
Jun 6, 2022

BALANCE DUE
USD $7,940.62

BILL TO

## Elite Beauty and Barber Supply Store LLC

1540 Cassady Ave
Columbus, OH
43219
614-743-1967
elitebbs1@gmail.com

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---:|---:|---:|
| 4 pair of Scissors | $11.98 | 3 | $35.94 |
| 4 Hammer | $22.90 | 4 | $91.60 |
| 3 Swiffer Kits with replacement pads | $57.75 | 5 | $288.75 |
| 3 Box Cutters | $7.56 | 3 | $22.68 |
| 2 Measuring Tapes | $10.00 | 2 | $20.00 |
| 2 Pack of Small Tywraps | $8.00 | 2 | $16.00 |
| Surge Protector Power Strip | $15.00 | 3 | $45.00 |
| Post-It Sticky Notes (2 pack) | $7.99 | 1 | $7.99 |
| Heavy Duty Extension Cord (Orange) | $67.04 | 3 | $201.12 |
| 3-pronged Household Extension Cord | $67.70 | 3 | $203.10 |
| 2 Black Permanent Markers (Sharpie) | $4.26 | 2 | $8.52 |
| Double Stick tape | $17.13 | 2 | $34.26 |
| Cordless Drill with Phillip and Standard bit | $153.00 | 3 | $459.00 |

Page 1 of 2

| DESCRIPTION | RATE | QTY | AMOUNT |
| --- | ---: | ---: | ---: |
| 1 1/2" furniture hole cover | $4.00 | 2 | $8.00 |
| One piece carbon hole saw 1 1/2 | $55.70 | 1 | $55.70 |
| Paper Cutter (Guillotine Board) - with arm that raises | $35.00 | 1 | $35.00 |
| 20in x 6ft easy liner rolls 12 walmart | $12.00 | 12 | $144.00 |
| USB Hub office depot | $62.99 | 2 | $125.98 |
| Printer Cable office depot | $9.99 | 2 | $19.98 |
| 1" metal corner braces home depot | $9.00 | 4 | $36.00 |
| 1" metal straight brackets home depot | $3.00 | 4 | $12.00 |
| #8 package x 1¾ screws home depot | $10.00 | 1 | $10.00 |
| 8 Foot Door Retail Security Tag Package | $4,500.00 | 1 | $4,500.00 |
| Canon Image Class D570 or D530 | $230.00 | 2 | $460.00 |
| Avery 5160 labels (1000 count) | $25.00 | 4 | $100.00 |
| Yellow Printing Paper | $15.00 | 3 | $45.00 |
| white Printing Paper | $26.00 | 3 | $78.00 |
| (2) Portable Stools (bar height) walmart | $20.00 | 3 | $60.00 |
| (1) Mouse pad (Regular Size) | $7.00 | 2 | $14.00 |
| (1) Mouse pad (13x13) | $14.00 | 2 | $28.00 |
| Tribesigns 63 inch Large L-Shaped Computer Desk with File Cabinet | $450.00 | 1 | $450.00 |
| computer chair- Serta Manager's Office Chair Black 47951 sams club | $125.00 | 1 | $125.00 |
| 5-Pack of Compatible Canon 128 Black Toners 3500B001AA - 5 Pack | $100.00 | 2 | $200.00 |
| **TOTAL** | | | $7,940.62 |
| **BALANCE DUE** | | | **USD $7,940.62** |

Balance due: 0.00

Thank you for your business!


PAID IN FULL

INTEGRATED SECURITY SERVICE

**RECEIPT**   DATE May 10, 2022   No. 857222

RECEIVED FROM: Kenitha Ferguson   $9,652.00

Nine Thousand six Hundred fifty two DOLLARS

☐ FOR RENT
☒ FOR Demo and Drywall reframe

| ACCOUNT | | ☒ CASH | | |
|---|---|---|---|---|
| PAYMENT | 9,652.00 | ☐ CHECK ☐ MONEY ORDER | FROM | TO |
| BAL. DUE | –0– | ☐ CREDIT CARD | BY Michael L. McCalvin | |

```
GET /eSCL/ScannerStatus HTTP/1.1
Host: localhost
```



527 WEST HIGH STREET
COLUMBUS, OHIO 43215
(614) 228-9999
FAX: 228-4326

**SIGNCOM INCORPORATED**
SIGN PROFESSIONALS

This quotation is guaranteed for 30 days.

# PROPOSAL-CONTRACT

| FOR: | ELITE BARBER & BEAUTY | LOCATION: | SHOPPES AT AIRPOINTE |
| --- | --- | --- | --- |
| | | | CASSADY AVENUE |
| | | | COLUMBUS, OH 43209 |
| ATTN: | KENITHA FERGUSON | | |

| DATE: 08/17/2022 | SKETCH: 22280 | DELIVERY: 4 WEEKS |
| --- | --- | --- |

PROVIDE LABOR AND MATERIAL TO DESIGN AND FABRICATE THE FOLLOWING:

| | |
| --- | --- |
| ONE (1) SET LED ILLUMINATED LOGO AND LETTERS WITH NON-ILLUMINATED TAG LINE | $3,315.00 |
| DELIVER AND INSTALL | $990.00 |
| TWO (2) DECORATED TENANT MONUMENT FACES TO FIT EXISTING CONDITION (2 @ $216.00 EA.) | $432.00 |
| DELIVER AND INSTALL BOTH | $90.00 |
| SUBTOTAL | $4,827.00 |
| TAX | $362.03 |
| PERMIT | $425.00 |
| TOTAL | $5,614.03 |

*LANDLORD APPROVAL REQUIRED

SIGNCOM RETAINS A SECURITY INTEREST IN THIS PROPERTY UNTIL PAID IN FULL

If sign requires any additional service to internal components, this will be performed on an additional time and material basis.
SALES TAX, PERMIT FEES, PREPAID FREIGHT WILL BE ADDED TO INVOICE WHEN APPLICABLE

**ADDITIONAL TERMS AND CONDITIONS**

1. This proposal is made for specially constructed equipment and when accepted is not subject to cancellation. Signcom, shall not be responsible for errors in plans, designs specifications or drawings furnished by PURCHASER or for defects caused thereby. Revisions to work in progress will be charged as necessary.
2. The Purchaser agrees to secure all necessary governmental permits and/or all necessary permits from the building owner and/or others whose permission is required for installation of this sign and he assumes all liability with regard to same, and all liability, public and otherwise for damages caused by the sign or by reason of it being on or attached to the premises. Purchaser agrees to secure all necessary permission for use of all registered trademarks or copyrights used on the sign.
All necessary electrical wiring, outlets and connections to the sign from the building meter and/or fuse panel will be properly fused and installed, at the expense of the Purchaser. INSTALLATION PROCESS QUOTED ARE SUBJECT TO REVISION WHERE EXCESS ROCK OR OTHER UNFORESEEABLE FOUNDATION CONDITIONS ARE ENCOUNTERED.
3. Any items not shipped or installed on or before 90 days from contract date will be invoice in full at the designated unit price, all PURCHASER herby agrees to pay said invoice within SIGNCOM at its option, may invoice each item called for in the proposal separately upon completion, or, if for reasons beyond its control completion is delayed, it may invoice for the portion of work completed during any given month. Under no condition, will any item be held beyond 90 days after completion. In the event size and weight or any item prohibits storage by SIGNCOM on its own property, Purchaser must make arrangements for shipment immediately upon completion.
4. Payment for items purchased under the terms of this contract will be made on receipt of the invoice submitted. In the event payment is not made as agreed, PURCHASER agrees to pay a service charge on past due amounts from the time they are due, (10) days from invoice date, at the rate of 1 ½% per month. In the event this contract is placed for collection or if collected by suit or through the Probate or Bankruptcy Court, reasonable attorneys' fees shall be added.
5. All applicable taxes payable under the laws of the State into which the property is to be delivered or installed as mentioned herein shall be added to the price quoted, unless such tax is paid directly by PURCHASER.
6. SIGNCOM will not be responsible for delays in shipments caused by delays created by suppliers or transportation services or by labor disputes or due to any other circumstances beyond its control.
7. Title to all materials and property covered by this contract shall remain in SIGNCOM and shall not be deemed to constitute a part of the realty to which it may be attached until the purchase price is paid in full. SIGNCOM is given an express chattel mortgage lien upon said materials and property both erected and unerected notwithstanding the manner in which such personal property shall be annexed or attached to the realty. In the event of default by PURCHASER, including, but not limited to, payment of any amounts due and payable, SIGNCOM may at once (and without process of law) take possession of and remove, as and when it sees fit and whenever found, all materials used or intended for use in the construction of said equipment and any and all property called for in this contract without being deemed guilty of trespass.
8. It is agreed that this contract shall be construed according to the laws of the State of Ohio.
9. When this contract is signed by a duly authorized person of each party, all provisions contained on Page 1 herein become integral parts of this contract, and there is no other agreement or understanding of any nature concerning same unless such other agreements or understanding, if any, is specifically incorporated herein by reference.

ACCEPTED [signature]
BY _____
TITLE _____
THIS _____ DAY OF _____, 20____

SIGNCOM INC. _Bruce Sommerfelt_
BRUCE SOMMERFELT
DOWN PYMT. OF $ __50%__ REC'D BY _____
THIS _____ DAY OF _____, 20____
TITLE __SALES CONSULTANT__ DATE __08/17/2022__

ILLUMINATED SIGNS – INTERIOR GRAPHICS – ARCHITECTURAL IDENTIFICATION – NEON – ADVERTISING DESIGN

API Services Inc
867 High St Ste D
Worthington, OH
+1 6144969689

# INVOICE

**BILL TO**
Kenitha Ferguson
Elite Beauty & Barber Supply
1540 Cassady Ave
Columbuas, Ohio  43219

**INVOICE #** 353107
**DATE** 10/04/2022
**DUE DATE** 10/04/2022
**TERMS** Due on receipt

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/04/2022 | Installation Equipment | Security System, CCTV system | 1 | 4,195.00 | 4,195.00T |

Thank you for your business, have a wonderful day!

| | |
|---|---|
| SUBTOTAL | 4,195.00 |
| TAX (7.5%) | 314.63 |
| TOTAL | 4,509.63 |
| PAYMENT | 2,254.81 |
| BALANCE DUE | **$2,254.82** |

Paying by check please send it to:
API SERVICES, INC
P.O. BOX 764
Worthington, Ohio 43085

Elite Bills Paid 10/22 - 10/23   1 year                Elite Beauty & Barber Supply Store LLC

Case #
1:24-CO-00032-TCB

# PAYMENT LOG

| EXPENSE / BILL | AMOUNT | DUE DATE | BALANCE | PAID ✓ |
|---|---|---|---|---|
| Rent | $2583.67 | X 12 | $31,004.04 | ✓ |
| Gas | $72.00 | X 12 | 864.00 | ✓ |
| Electric | 60.00 | X 12 | 720.00 | ✓ |
| Cellphones | 500.00 | X 12 | $6,000.00 | ✓ |
| Wifi | 78.00 | X 12 | 936.00 | ✓ |
| Business IDS | 83.00 | X 12 | 996.00 | ✓ |
| Alarm Monitoring | 35.00 | X 12 | 420.00 | ✓ |
| | | | $40,940.04 | 12 Months Bills |
| | | | | |
| Deposits   APP | 324 | 1X | 324 | |
| Gas | 225 | 1X | 225 | |
| Rent | $2458.67 | 1X | $2458.67 | |
| Website | 500.00 | 1X | 500.00 | |
| | | | $3,507.67 | |
| Repairs/Signs/buildouts | | | | |
| Flooring/Painting/Alarm | | | | |
| | | | | |
| Weldebe Enterprises | $375 | 1X | 375 | |
| Dave's Painting | $8,200.00 | 1X | $8,200.00 | |
| API Alarm | $4,195.00 | 1X | $4,195.00 | |
| Sign.Com | $5,614.08 | 1X | $5,614.08 | |
| | | | $18,384.08 | |
| ADA Supplies | $708.21 | 1X | $708.21 | |
| Flooring + Paint + Supplies | $6,400.00 | 1X | $6,400.00 | |
| Removal of everything + BSI Repairs | $14,220 | 1X | $14,220 | |
| Uhaul/takedowns/movers/storage | | | | |
| Debra's gut | $75,780 | | $75,780 | |
| Initial Payment - PAID on 3/2022 | | | $1,100,000 | |

This Document is True & Accurate to the best of my knowledge.    K Kelley    7/10/2024


**FEDERAL TRADE COMMISSION**
**ReportFraud.ftc.gov**

FTC Report Number
175523608

# Consumer Report To The FTC

The FTC cannot resolve individual complaints, but we can provide information about next steps to take. We share your report with local, state, federal, and foreign law enforcement partners. Your report might be used to investigate cases in a legal proceeding. Please read our Privacy Policy to learn how we protect your personal information, and when we share it outside the FTC.

## About you

**Name:** kenitha ferguson

**Email:** kenithaferguson@gmail.com

**Address:** 1498 E LONG ST

**Phone:** 614-743-1967

**City:** COLUMBUS   **State:** Ohio   **Zip Code:**

**Country:** USA

## What happened

My name is ************************. I hired Beauty Supply Institute located at Nov/2020 to assist with opening my store. The owner's name is Devin Robinson. They dropped the ball miserably. I funded my holding account with $50,000 to go towards opening my store. I also paid $25,000 as a retainer fee which goes towards hiring them. Over the course of months, I only received some shipments from Uline which consisted of thank you bags, peg board hooks, slat wall hooks and the small shopping baskets. BSI was supposed to order my gondola shelving, glass show cases, products for the store, pos system and much more. Every week I would email them for an update on my deliveries and in most cases, they wouldn't reply until I email them multiple times. They took my money and now I'm out of over $160,00.00 BSI could never give me an honest answer to what's going on. Kept sending me these generic emails updates. They would blame the delays on backorders. When I asked to see that statement from their vendor, they would say that I needed to wait until after the completion of my store was done which is BSI. Leatha Jones who's the Project Manager wasn't any help at all. They delayed everything to the point of me having to terminate all dealings with them and file an active lawsuit in the state of Ga. Due to them, I'm now in debt. After terminating my store opening process with them, they stated that it would look into the matter its I had a grand opening date of 09/26/2023 and yet still not open Thanks to them. No one is communicating with me at all. This company should not be in business at all. They are horrible at business, and they've failed me majorly!! Devin Robinson should be ashamed of his business practices!! I want All My money back that I paid to try and keep a store front and the money I spent w BSI which is 75,780.00 plus the additional items I had to purchase outside of paying them.

## How it started

| Date fraud began: | Amount I was asked for: | Amount I Paid: |
|---|---|---|
| 03/14/2022 | | $75,000.00 |
| **Payment Used:** | | **How I was contacted:** |
| Bank Wire Transfer or Payment | | Website or App |

## Details about the company, business, or individual

| Company/Person | | |
|---|---|---|
| **Name:** Beauty Supply insitute | | |
| **Address Line 1:** 5015 Floyd Rd SW | **Address Line 2:** ste 300 | **City:** mableton |
| **State:** Georgia | **Zip Code:** 30126 | **Country:** USA |

| Company/Person |
|---|
| **Email Address:** <br> projectmgmt@beautysupplyinstitute.com |
| **Phone:** <br> 404-551-5398 |
| **Website:** <br> www.beautysupplyinstitute.com |
| **Name of Person You Dealt With:** <br> Leatha Jones |



## Your Next Steps

**If you paid with an electronic bank transfer or withdrawal:**

- **Contact your bank immediately.** Ask if the bank can stop the transaction or recover your money from the person's or company's account. Tell the bank the reason you want to stop the transfer, and give them the bank account number your money was sent to. Don't wait. Let your bank know as soon as you can.

- If the bank won't help you, file a complaint with the CFPB at consumerfinance.gov/complaint.

**General Advice:**

- You can find tips and learn more about bad business practices and scams at consumer.ftc.gov.

- If you're concerned that someone might misuse your information, like your Social Security, credit card, or bank account number, go to identitytheft.gov for specific steps you can take.

- You also can file a report with your state attorney general.



## What Happens Next

- Your report will help us in our efforts to protect **all** consumers. Thank You!

- We can't resolve your individual report, but we use reports to investigate and bring cases against fraud, scams, and bad business practices.

- We share your report with our law enforcement partners who also use reports to investigate and bring cases against fraud, scams, and bad business practices.

- We use reports to spot trends, educate the public, and provide data about what is happening in your community. You can check out what is going on in your state and metro area by visiting ftc.gov/exploredata.

- Investigations and cases do take time, but when we bring cases, we try to get money back for people. Check out ftc.gov/refunds to see recent FTC cases that resulted in refunds.