IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| KENITHA L. FERGUSON HARRINGTON and ELITE BEAUTY AND BARBER SUPPLY STORE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DEVIN ROBINSON and BEAUTY SUPPLY INSTITUTE LLC,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-32-TCB |

**ORDER**

This case comes before the Court on Plaintiff Kenitha L. Ferguson Harrington's[1] motion [17] to compel initial disclosures against Defendants Devin Robinson and Beauty Supply Institute LLC.

---

[1] Plaintiff Harrington filed the present motion on her own behalf, but she refers to Plaintiff Elite Beauty and Barber Supply Store LLC as joining in the motion. The Court requires Harrington to specify in her email to Ms. Wiggins whether Elite Beauty and Barber Supply Store LLC joins in this motion.

The Court reminds Harrington of its directions[2] regarding discovery disputes in its Instructions to Parties and Counsel:

> Notwithstanding Local Rule 37.1, prior to filing any motion related to discovery, including but not limited to a motion to compel discovery and a motion to quash a subpoena (except for unopposed, consent, or joint motions to extend the discovery period), the movant—after conferring with the respondent in a good-faith effort to resolve the dispute by agreement—must send Ms. Uzma Wiggins (with a copy to all counsel of record) a one-page email summarizing the dispute and the relief sought. If the matter is time-sensitive, the movant should make that clear in the email.
>
> Ms. Wiggins will then inform the respondent of the deadline by which it may submit to her a one-page email response (with a copy to all counsel of record). Ordinarily, after Ms. Wiggins receives the response, she will schedule a conference call in which the Court will attempt to resolve the matter without the necessity of a formal motion; a court reporter will be provided by the Court to take down the conference call. However, the Court may choose to issue an order resolving the dispute without a conference call.

Harrington's motion [17] is denied without prejudice, and she is directed to follow the above instructions.

---

[2] The Instructions can be found by visiting Chief Judge Batten's page on the Court's website at https://www.gand.uscourts.gov/DJdir/TCB.

IT IS SO ORDERED this 4th day of December, 2024.

_____
Timothy C. Batten, Sr.
Chief United States District Judge