OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2211 UNITED STATES DISTRICT COURT
75 TED TURNER DRIVE S.W.
ATLANTA, GA 30303-3361

OFFICIAL BUSINESS

TCB

ATLANTA GA RPDC 302
11 DEC 2024 PM 8 L

ATLANTA GA RPDC 302
5 DEC 2024 PM 4 L

Hasler
12/05/2024
US POSTAGE $000.69⁰

FIRST-CLASS MAIL
IMI



ZIP 30263
011D11653040

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 23 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

CLEARED DATE
DEC 23 2024



U.S. Marshals Service
MEXIE CA 30303   326   DE 1   0012/17/24
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 30303336199        *2401-01270-05-44



30303>3361
30126-167675

EliteBeautyandBarberSupplyStoreLLC
5015 Floyd Rd Ste. 300
Mabelton, GA 30126

---

**************   ATTENTION   **************

Attorney Registration for Electronic Case Filing (ECF)

Electronic Filing became mandatory for all attorneys effective July 15, 2005. If you are a bar member in good standing with the Northern District of Georgia or an attorney admitted pro hac vice, visit our website at http://www.gand.uscourts.gov for information on obtaining ECF access.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENITHA L. FERGUSON HARRINGTON and ELITE BEAUTY AND BARBER SUPPLY STORE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DEVIN ROBINSON and BEAUTY SUPPLY INSTITUTE LLC,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-32-TCB |

### ORDER

This case comes before the Court on Plaintiff Kenitha L. Ferguson Harrington's[1] motion [17] to compel initial disclosures against Defendants Devin Robinson and Beauty Supply Institute LLC.

---

[1] Plaintiff Harrington filed the present motion on her own behalf, but she refers to Plaintiff Elite Beauty and Barber Supply Store LLC as joining in the motion. The Court requires Harrington to specify in her email to Ms. Wiggins whether Elite Beauty and Barber Supply Store LLC joins in this motion.

The Court reminds Harrington of its directions[2] regarding discovery disputes in its Instructions to Parties and Counsel:

> Notwithstanding Local Rule 37.1, prior to filing any motion related to discovery, including but not limited to a motion to compel discovery and a motion to quash a subpoena (except for unopposed, consent, or joint motions to extend the discovery period), the movant—after conferring with the respondent in a good-faith effort to resolve the dispute by agreement—must send Ms. Uzma Wiggins (with a copy to all counsel of record) a one-page email summarizing the dispute and the relief sought. If the matter is time-sensitive, the movant should make that clear in the email.
>
> Ms. Wiggins will then inform the respondent of the deadline by which it may submit to her a one-page email response (with a copy to all counsel of record). Ordinarily, after Ms. Wiggins receives the response, she will schedule a conference call in which the Court will attempt to resolve the matter without the necessity of a formal motion; a court reporter will be provided by the Court to take down the conference call. However, the Court may choose to issue an order resolving the dispute without a conference call.

Harrington's motion [17] is denied without prejudice, and she is directed to follow the above instructions.

---

[2] The Instructions can be found by visiting Chief Judge Batten's page on the Court's website at https://www.gand.uscourts.gov/DJdir/TCB.

IT IS SO ORDERED this 4th day of December, 2024.

_____
Timothy C. Batten, Sr.
Chief United States District Judge

**Orders on Motions**
1:24-cv-00032-TCB Ferguson Harrington et al v. Robinson et al

4months,SUBMDJ

## U.S. District Court

## Northern District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 12/5/2024 at 10:29 AM EST and filed on 12/4/2024
**Case Name:**      Ferguson Harrington et al v. Robinson et al
**Case Number:**    1:24-cv-00032-TCB
**Filer:**
**Document Number:** 18

**Docket Text:**
ORDER denying [17] Motion to Compel. Signed by Judge Timothy C. Batten, Sr. on 12/4/2024. (jkb)

**1:24-cv-00032-TCB Notice has been electronically mailed to:**

Brad Fallon    brad@fallonbusinesslaw.com

**1:24-cv-00032-TCB Notice has been delivered by other means to:**

Elite Beauty and Barber Supply Store LLC
5015 Floyd Rd Ste. 300
Mabelton, GA 30126

Kenitha L. Ferguson Harrington
3360 E Livingston Ave
Ste 3b-2
Columbus, OH 43227

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=12/5/2024] [FileNumber=14470286-0] [5cec459f8c64a02e53d85000f7cb7c2988d1d70bc7b1222df0d542be37f241234c bf81cd54653ca336bbb7e540ef70399a1e3ddf7a6083f31cbd5e6cd9423e72]]