IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENITHA L. FERGUSON HARRINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEVIN ROBINSON, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 1:24-cv-00032-TRJ |

ORDER

On January 12, 2024, the Magistrate Judge advised Plaintiff Elite Beauty and Barber Supply Store LLC ("Elite Beauty") that, as an artificial entity, "it may not proceed *pro se*, and must obtain an attorney to represent it in this action." (Doc. 2 at n. 3). Additionally, on January 24, 2025, the Court ordered Plaintiff Elite Beauty to retain counsel eligible to practice in this Court and to have that counsel file a notice of appearance on the docket on or before February 14, 2025. (Doc. 20 at 2). To date, no attorney has entered an appearance on behalf of Plaintiff Elite Beauty. Therefore, Plaintiff Elite Beauty has failed to comply with the Court's January 24, 2025 Order.

Accordingly, Plaintiff Elite Beauty and Barber Supply Store LLC is **DISMISSED** as a party to this action.

SO ORDERED, this 20th day of February, 2025.

TIFFANY R. JOHNSON
United States District Judge