IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Kenitha Ferguson-Heminger,

Plaintiff[s],

v.

Devin Robinson,
Beauty Supply Institute

Defendant[s].

CIVIL ACTION NO.
1:24-cv-0032-TRJ

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 24 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Civil Cases Proceeding Before the Honorable Tiffany R. Johnson, and I will comply with its provisions during the pendency of this litigation.

_____
[Signature of counsel or *pro se* party]

27

R. Ferguson-Harrington
3360 E Livingston Ave
Ste 3b-2
Columbus, OH 43209

COLUMBUS OH 430

19 FEB 2025 PM 3 L



Richar Rossell Federal Bldg
U.S. States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

CLEARED DATE
FEB 24 2025
U.S. Marshals Service
Atlanta, GA 30303

30303-330999